UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  CR. NO. 25-30370

v.

                                 JUDGE:  UNASSIGNED

CHENGXUAN HAN,

        Defendant.
_____/

## APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as Counsel in the case for Defendant.  I certify that I am admitted to practice in the Court.

                                       Respectfully Submitted,

                                       **FEDERAL DEFENDER OFFICE**

                                       s/ Benton Martin
                                       Attorney for Defendant
                                       613 Abbott Street, Suite 500
                                       Detroit, Michigan  48226
                                       313-967-5832
                                       E-mail: benton_martin@fd.org

Date: June 10, 2025