UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                          Case No. 25-mj-30370

Chengxaun Han,

    Defendant.

_____/

## STIPULATION TO CONTINUE PRELIMINARY EXAMINATION AND COMPLAINT

The parties stipulate and agree, by and through their respective counsel, that there is good cause to continue the preliminary examination and complaint in this matter from June 23, 2025, to June 30, 2025 (a seven day adjournment).

IT IS FURTHER STIPULATED that the time period from June 23, 2025 through and including June 30, 2025, shall be deemed excludable delay under the provisions of the Speedy Trial Act, Title 18, United States Code, Section 3161, in consideration of Section 3161(h)(7)(A), that the ends of justice served by continuing the preliminary examination and complaint outweigh the best interests of the public and Defendant in a speedy trial.

The parties stipulate and agree that an ends of justice continuance is appropriate for the following reasons:

1. On June 9, 2025, a Criminal Complaint charged Defendant, Chengxuan Han, with 18 U.S.C § 545, smuggling goods into the United States, and 18 U.S.C § 1001, false statements.

2. That same day, June 9, 2025, Defendant made her initial appearance on the Complaint. Defendant consented to detention without prejudice on June 13, 2025.

3. Defendant's preliminary examination is currently scheduled for June 23, 2025.

4. During the June 13, 2025 hearing, Defendant agreed to adjourn her preliminary examination to June 30, 2025 and agreed that the seven-day adjournment shall be excluded for speedy trial purposes.

5. The parties agree, therefore, to adjourn the preliminary examination for approximately seven days, to June 30, 2025. The adjournment was requested by Defendant so she can obtain information relevant to her case. Additional time will also allow the parties to discuss the case to determine whether there could be a pre-indictment resolution.

6. The parties agree that the ends of justice served by continuing the preliminary examination and complaint outweigh the best interests of the public and defendant in a speedy trial.

7. The parties also stipulate and agree that this stipulation and any order resulting therefrom shall not affect any previous consent order of pretrial detention.

-3-

Accordingly, the parties request that the Court find that, under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), the period of delay, as a result of the continuance, shall be excluded in computing the time within which the information or indictment must be filed.

**SO STIPULATED:**

JEROME F. GORGON JR.
United States Attorney

| | |
|---|---|
| *s/ Douglas C. Salzenstein* | *s/ Sara Garber* |
| Douglas C. Salzenstein | Sara Garber |
| Assistant United States Attorney | Benton Martin |
| 211 W. Fort Street, Suite 2001 | Federal Community Defenders |
| Detroit, MI 48226 | 613 Abbott, 5th Floor |
| | Detroit, MI 48226 |

Dated: June 13, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                                          Case No. 25-mj-30370

Chengxaun Han,

    Defendant.
_____/

## ORDER TO CONTINUE PRELIMINARY EXAMINATION AND COMPLAINT

The Court, having been fully advised by the respective parties, states as follows:

IT IS ORDERED that the preliminary examination and complaint are continued from June 23, 2025, until June 30, 2025 at 1:00 p.m.

IF IS FURTHER ORDERED that the time period from June 23, 2025 through and including June 30, 2025, shall be deemed excludable delay under the provisions of the Speedy Trial Act, Title 18, United States Code, Section 3161, in consideration of Section 3161(h)(7)(A) for the reasons set forth in the parties' stipulation, which is incorporated by reference—including to allow the Defendant to obtain information relevant to her case, and to allow the parties to discuss the case to determine whether there could be a pre-indictment resolution—and, that the

ends of justice served by continuing the preliminary examination and complaint outweigh the best interests of the public and Defendant in a speedy trial.

This order shall not affect any previous consent order of pretrial detention.

Accordingly, the Court shall find that, under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), the period of delay, as a result of the continuance, shall be excluded in computing the time within which the information or indictment must be filed.

**IT IS SO ORDERED.**

                                        **s/Elizabeth A. Stafford**
                                        Elizabeth A. Stafford
                                        United States Magistrate Judge

Entered: June 16, 2025